**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ARLENE HENSLEY, | CASE NO. CV F 10-1316 LJO SMS |
| Plaintiffs, | **ORDER TO RECUSE DISTRICT JUDGE AND TO REASSIGN TO ANOTHER DISTRICT JUDGE** |
| vs. | |
| THE BANK OF NEW YORK MELLON, et al., | |
| Defendants. | |

On the basis of good cause, United States District Judge Lawrence J. O'Neill recuses himself from this action and DIRECTS this Court's clerk to reassign another district judge to this action. Upon reassignment, all papers shall bear the new case number with the new district judge's initials.

IT IS SO ORDERED.

**Dated:   July 23, 2010**           /s/ Lawrence J. O'Neill
                                     UNITED STATES DISTRICT JUDGE

1