IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARLENE HENSLEY,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>THE BANK OF NEW YORK MELLON,<br>　et al.,<br><br>　　　　　Defendants. | 1:10-CV-1316 AWI SMS<br><br>ORDER VACATING MARCH<br>14, 2011 HEARING DATE |

Currently pending before this Court is Defendants' motion to dismiss. This motion is set for hearing on March 14, 2011, at 1:30 p.m. in Courtroom 2. The Court has reviewed the papers and has determined that this matter is suitable for decision without oral argument. Local Rule 230(g). Therefore, IT IS HEREBY ORDERED that the previously set hearing date of March 14, 2011, is VACATED, and the parties shall not appear at that time. As of March 14, 2011, the Court will take the matter under submission, and will thereafter issue its decision.

IT IS SO ORDERED.

Dated:   March 9, 2011

　　　　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE